**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: Darryl E. Craig | ) | **Motion and Notice** |
| Audrey L. Craig | ) | **Chapter 13** |
| | ) | |
| | ) | |
| | ) | No: B- 09-81637 C-13D |
| | ) | |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The bar date for filing claims in this case was January 21, 2010. On February 8, 2010, the Standing Trustee received the proof of claim in favor of Chase Home Equity in the amount of $16,800.77. Chase Home Equity was a listed and scheduled creditor at the time of the filing of this case.

The Standing Trustee respectfully recommends to the Court that an Order be entered disallowing the claim of Chase Home Equity as untimely filed.

Date: February 10, 2010                                    s/Richard M. Hutson, II
   ej                                                                    Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before  March 20, 2010,  with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*300 W. Morgan Street*
*Durham, NC 27701*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on  April 1, 2010,  at 11:00 a.m., in the following location:

*Courtroom, Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date: February 10, 2010                                    OFFICE OF THE CLERK
                                                                           U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**09-81637 C-13D**

Darryl E. Craig
Audrey L. Craig
1609 Silk Oaks Ct.
Mebane, NC 27302

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Chase Home Equity
Attn: Managing Agent
3415 Vision Dr.
Columbus, OH 43219