C-13-15A(Order)
(Rev. 11/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| In Re: Darryl E. Craig | ) | |
| Audrey L. Craig | ) | |
| | ) | |
| | ) | No: B-09-81637 C-13D |
| | ) | |
| | ) | |
| Debtors | ) | |

## ORDER TO DISALLOW CLAIM

This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to disallow the claim of Chase Home Equity in the amount of $16,800.77, and there being no filed objection to the Motion within the time period set forth in the Notice issued on February 10, 2010, by the Clerk of Court setting March 20, 2010, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

ORDERED the claim of Chase Home Equity in the amount of $16,800.77 is disallowed as untimely filed.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**09-81637 C-13D**

Darryl E. Craig
Audrey L. Craig
1609 Silk Oaks Ct.
Mebane, NC 27302

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Chase Home Equity
Attn: Managing Agent
3415 Vision Dr.
Columbus, OH 43219