C-13-15(a)Motion  
(Rev. 10/06)

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Darryl Craig<br>Audrey Craig<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Motion and Notice**<br>**Chapter 13**<br><br><br>No: B-09-81637 C-13D |

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The Debtors' plan provides for plan payments of $598.00 per month. The Standing Trustee has reviewed the Debtors' plan and the plan payments require an increase in order for the case to be completed within 60 months as required by 11 U.S.C. §1322(d).

The Standing Trustee respectfully recommends to the Court that an Order be entered modifying the Debtors' plan to provide for plan payments of $710.00 per month effective with the plan payment due for October, 2010.

Date: August 12, 2010  
ej

s/Richard M. Hutson, II  
Standing Trustee

---

### NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before September 12, 2010, with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*  
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on October 7, 2010, at 11:00 a.m., in the following location:

*Courtroom, Venable Center*  
*Dibrell Building – Suite 280*  
*302 East Pettigrew Street*  
*Durham, NC 27701*

Date: August 12, 2010

OFFICE OF THE CLERK  
U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**09-81637 C-13D**

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**